**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **MARCO PEDRO ALONSO, #306865** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:23cv125** |
| | § | |
| **SHERIFF JIM SKINNER, ET AL.** | § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of the United States Magistrate Judge (the "Report") (Dkt. #31), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On February 15, 2024, the Report of the Magistrate Judge (Dkt. #31) was entered containing proposed findings of fact and recommendations that the Court: stay and administratively close this civil case until Plaintiff Marco Pedro Alonso's underlying criminal proceeding in federal court for possession with intent to distribute methamphetamine, Case No. 4:22-cr-00297-SDJ-KPJ-1, is complete; instruct Plaintiff Marco Pedro Alonso to file a notice with the Court every six months; and instruct Plaintiff Marco Pedro Alonso to file a "motion to reinstate" this case within thirty days from the date the underlying criminal proceeding is complete. Having assessed the Report, and no objections thereto having been timely filed, the Court determines that the Magistrate Judge's Report should be adopted.

It is therefore **ORDERED** this case is **STAYED** and **ADMINISTRATIVELY CLOSED** until Plaintiff Marco Pedro Alonso's underlying criminal proceeding in federal court for possession with intent to distribute methamphetamine, Case No. 4:22-cr-00297-SDJ-KPJ-1, is complete.

It is further **ORDERED** that Plaintiff Marco Pedro Alonso shall file a notice with the Court every six months regarding the status of the underlying criminal proceeding.

It is finally **ORDERED** that Plaintiff Marco Pedro Alonso shall file a "motion to reinstate" this case within thirty days from the date the underlying criminal proceeding is complete.

**SIGNED this 29th day of March, 2024.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE