IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MARCO PEDRO ALONSO, #23537-078 | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:23cv125 |
| | § | |
| SHERIFF JIM SKINNER, ET AL. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of the United States Magistrate Judge in this action (the "Report") (Dkt. #45), this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On July 28, 2025, the Magistrate Judge entered the Report, containing proposed findings of fact and recommendations that *pro se* Plaintiff Marco Pedro Alonso's claims and lawsuit against Defendants be dismissed with prejudice for failure to state a claim until such time as he can show that this conviction has been reversed, expunged, or otherwise set aside. *See Heck v. Humphrey*, 512 U.S. 477, 487 (1994).

The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. No objections having been timely filed, the Court concludes that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court.

It is therefore **ORDERED** that this case is **DISMISSED** with prejudice for failure to state a claim until such time as Plaintiff can show that this conviction has been reversed, expunged, or otherwise set aside. It is further **ORDERED** that all motions not previously ruled on are hereby **DENIED**.

**IT IS SO ORDERED.**

**SIGNED this 27th day of August, 2025.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE